Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Brent D Holmes,** on behalf of himself and all others similarly situated,

**Plaintiff,**

vs.

Case Number: 2:21-cv-02093

**Inmar Inc,** *a/k/a Inmar Brand Solutions Inc, a/k/a W.J. Deutsch Spirits LLC, a/k/a, Inmar Intelligence,* **W. J. DEUTSCH SPIRITS, LLC, Inmar Brand Solutions Inc,**

**Defendants.**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Brent D Holmes recover nothing on his claims against Defendant Inmar Brand Solutions Inc. Defendant W. J. DEUTSCH SPIRITS, LLC was dismissed on 12/5/2022, and Defendant Inmar Inc *a/k/a Inmar Brand Solutions Inc, a/k/a W.J. Deutsch Spirits LLC, a/k/a, Inmar Intelligence* was terminated from this action on 01/31/2023

**Dated: 9/15/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court